UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:22-cv-2301 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| MARZAN, et al., | |
| Defendants. | |

Plaintiff is housed at Salinas Valley State Prison. On April 12, 2023, plaintiff filed objections to the March 20, 2023 findings and recommendations, stating he is a civil detainee, not a prisoner, and therefore is not required to pay the court's filing fee.

Because plaintiff is a civil detainee, and therefore not a prisoner within the meaning of the Prison Litigation Reform Act ("PLRA"), he is not required to pay the court's filing fee under 28 U.S.C. § 1915A or submit a certified inmate trust account statement. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000). Under the PLRA, prisoners are required to pay the court's filing fee even if they are granted in forma pauperis status, although they are allowed to pay the fee in installments. Therefore, the March 20, 2023 findings are vacated.

Nonprisoners, such as plaintiff, are not required to pay the court's filing fee if they are granted in forma pauperis status. However, unless the nonprisoner is granted in forma pauperis status, all parties are required to pay the court's filing fee. 28 U.S.C. § 1914(a). Therefore, the

Clerk of the Court is directed to send plaintiff the application to proceed in forma pauperis status by a nonprisoner. Plaintiff is granted thirty days to complete and return the application.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed March 20, 2023 (ECF No. 5) are vacated;

2. Plaintiff is granted thirty days from the date of this order to complete and file an application to proceed in forma pauperis (by a nonprisoner); and

3. The Clerk of the Court is directed to send plaintiff the application to proceed in forma pauperis by a nonprisoner.

Dated: April 20, 2023

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/kend2301.vac

2