IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FORREST KENDRID,**<br><br>                                    Plaintiff,<br><br>         v.<br><br>**MARZAN, et al.,**<br><br>                                    Defendants. | 2:22-cv-02301 TLN KJN<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO OPT OUT OF POST-SCREENING ADR PILOT PROJECT** |

   Plaintiff is a state prisoner, proceeding pro se.  Having reviewed defendants' motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause.

   Accordingly, IT IS HEREBY ORDERED that:

   1. Defendants' motion to opt out of the post-screening ADR project (ECF No. 25) is granted;

   2. The ADR stay of this action (ECF No. 20) is lifted; and

   3. Within thirty days from the date of this order, defendant shall file a responsive pleading.

Dated:  October 19, 2023

/kend2301.lft

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE