UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:22-cv-2301 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| MARZAN, et al., | |
| Defendants. | |

Plaintiff is a former civil detainee, proceeding without counsel, with this civil rights action pursuant to 42 U.S.C. § 1983. On September 10, 2024, this Court ordered plaintiff to show cause within thirty days why this action should not be dismissed for failure to prosecute. (ECF No. 38.) For the following reasons, the September 10, 2024 order to show cause is discharged, and plaintiff is ordered to file a status report within thirty days.

On June 27, 2024, this Court issued a further scheduling order setting the pretrial conference for December 3, 2024. (ECF No. 36.) Plaintiff's pretrial statement is due on or before November 12, 2024. (Id.) Defendants' pretrial statement is due on or before November 26, 2024. (Id.) On July 8, 2024, the June 27, 2024 further scheduling order was returned, marked "unclaimed." (Id.) Plaintiff has not filed a notice of change of address since his mail was returned. Based on this record, the Court issued the order to show cause filed September 10,

1

1  2024. (ECF No. 38.)

2  On September 24, 2024, plaintiff left a voice message with court staff. In the voice message, plaintiff states that he is hospitalized and that he is unable to write due to his disability. Plaintiff states that following his hospitalization, he will be housed at a board and care home. Plaintiff requests that the Court serve his orders on his aunt, whose address plaintiff provides. Plaintiff states that his aunt will bring plaintiff's mail to the hospital and that plaintiff will do his best to respond.

This Court is sympathetic to plaintiff's hospitalization. It is unclear whether plaintiff is able to prosecute this action. Good cause appearing, the September 10, 2024 order to show cause is discharged. Within thirty days of date of this order, plaintiff shall file a status report addressing whether he is still hospitalized or has been moved to a board and care home. In the status report, plaintiff shall also inform the Court of his current address. In addition, plaintiff shall submit with his status report medical records supporting his claim that he is unable to write or otherwise unable to prosecute this action. If plaintiff does not file this status report within thirty days, this Court will recommend dismissal of this action for failure to prosecute.

On September 24, 2024, a letter from Yolanda Smith was filed in the instant action. (ECF No. 39.) In this letter, Ms. Smith states that she delivers plaintiff's mail to plaintiff while he in the hospital at the Los Angeles General Medical Center. Ms. Smith also states that plaintiff's mailing address is 3131 W. 69th Street, Los Angeles, California. In his voice message, plaintiff stated that his mailing address is 3171 W. 61 Street, Los Angeles, California, 90043.

This Court presumes that Ms. Smith is plaintiff's aunt and that plaintiff may receive mail at the address provided in Ms. Smith's letter. On this one occasion, this Court will direct the Clerk of the Court to serve the instant order on plaintiff at the address provided by Ms. Smith. Plaintiff is informed that Ms. Smith is not authorized to file pleadings on plaintiff's behalf.

*Plaintiff shall not further communicate with the Court via telephone/voice message.*

Accordingly, IT IS HEREBY ORDERED that:

1. The September 10, 2024 order to show cause is discharged;

2. Within thirty days of the date of this order, plaintiff shall file the status report discussed

1 | above;

2 | 3. The Clerk of the Court is directed to serve the instant order on plaintiff at the following

3 | address: 3131 W. 69th Street, Los Angeles, California, 90043; and

4 | 4. Failure to comply with this order will result in a recommendation of dismissal of this

5 | action.

7 | Dated: October 3, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

12 | Ken2301.ord

13 | 2

3